UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID ROBINSON,

          Plaintiff,

     v.

422 29TH LLC,

          Defendant.

Case No. 24-cv-01184-PHK

**ORDER TO SHOW CAUSE**

# ORDER

The Court **ORDERS** Plaintiff David Robinson to **SHOW CAUSE** as to the status of serving Defendant 422 29th LLC.  The in-person **ORDER TO SHOW CAUSE** hearing is **SET** for **June 10, 2024, at 2:00 p.m.** in the San Francisco Courthouse (courtroom F – 15th floor).

The Court **ORDERS** Plaintiff David Robinson to submit a status report to the Court detailing efforts and challenges related to serving Defendant 422 29th LLC.  This report, not to exceed two pages, must be filed on or before June 3, 2024.  Failure to comply with this order may result in sanctions, including dismissal of the case or monetary penalties.

**IT IS SO ORDERED.**

Dated: May 3, 2024

PETER H. KANG
United States Magistrate Judge