UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID ROBINSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>422 29TH LLC,<br><br>                    Defendant. | Case No. 24-cv-01184-PHK<br><br>**ORDER DENYING ADMINISTRATIVE MOTION REQUESTING REMOTE APPEARANCE**<br><br>Re: Dkt. 22 |

# ORDER

Plaintiff David Robinson's counsel administratively moves the Court to appear remotely at Plaintiff's Motion for Default Judgment, scheduled for a hearing on November 14, 2024, at 1:00 PM. [Dkt. 22].

Plaintiff's counsel indicates that counsel is "located in Southern California, over 400 miles away from the courthouse, and travel to the Bay Area for the hearing would impose a significant additional litigation cost that could otherwise be avoided by a remote appearance." *Id.* "[T]he Court will not generally grant a motion for administrative relief to appear remotely made by the moving Party on any motion that is the subject of the hearing." Standing Order for Civil Cases Before Magistrate Judge Peter H. Kang, VII. Motions, D. Motion Hearings, https://www.cand.uscourts.gov/wp-content/uploads/judges/kang-phk/Civil-Standing-Order-PHK-001.pdf (Effective on July 14, 2023).

The instant administrative motion is **DENIED**. Plaintiff's counsel has not shown good cause appear remotely. Not only is the instant administrative motion procedurally deficient because Plaintiff's counsel does not support the administrative motion "by declaration(s) under oath establishing the facts for good cause to excuse personal attendance," *id.*, reducing litigation costs does not constitute good cause for a remote appearance. *Id.*

**IT IS SO ORDERED.**

Dated: October 31, 2024

_____
PETER H. KANG
United States Magistrate Judge

2